UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA   ) | |
| ) | |
| v.   ) | Criminal No. 05-441 (RCL) |
| ) | |
| JEROME H. JONES,   ) | |
| ) | |

**ORDER**

Upon consideration of defendant's Motion to Suppress and the response thereto, it is this

___ day of _____, 2006, hereby

**ORDERED** that the motion is **GRANTED** and that all the physical evidence and statements shall be suppressed.

_____
HONORABLE ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE


DATE:          , 2006