UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Criminal No.  05-441 (RCL)** |
| **v.** : | |
| : | |
| **JEROME H. JONES** : | |
| : | |
| **Defendant.** : | |

## ORDER

Upon consideration of the defendant, Jerome H. Jones', motion to suppress evidence, and the United States' opposition thereto, it is this

_____ day of _____, 2006, hereby

**ORDERED** that the defendant, Jerome H. Jones', motion to suppress evidence is DENIED.

_____
ROYCE C. LAMBERTH
United States District Judge

Copies to:
Robert J. Feitel, AUSA
Rita Bosworth, AFPD