UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Cr. No. 05-0441 (RCL) |
| v. | ) | |
| | ) | |
| JEROME JONES | ) | |
| | ) | |

## UNOPPOSED MOTION FOR LEAVE TO LATE FILE

Defendant, Jerome Jones, through undersigned counsel, respectfully requests leave to late-file the attached Opposition to the Government's Motion to Use Defendant's Prior Convictions for Impeachment.  As grounds for this motion, counsel states as follows:

1. Counsel for the government does not oppose this request.

2. After the status conference held on February 27, 2006, undersigned counsel understood that Mr. Jones's case was to be re-assigned to the calendar committee due to this Court's involvement in a lengthy trial, and she therefore put off filing any motions.

3. At the status conference on April 7, 2006, this Court set a motions hearing and a trial date.  Counsel thus respectfully submits this motion in response to the government's Motion to Impeach the Defendant with his Prior Convictions.

WHEREFORE, counsel for Defendant, respectfully requests that the Court grant defendant's Motion to Late-File.

        Respectfully submitted,

        A.J. KRAMER
        FEDERAL PUBLIC DEFENDER

        _____"/s/"_____
        RITA BOSWORTH
        Assistant Federal Public Defenders
        625 Indiana Avenue, N.W.,
        Suite 550
        Washington, D.C. 20004
        (202) 208-7500