### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA


**UNITED STATES OF AMERICA )**

                 **)**               **Cr. No. 05-0441 (RCL)**

        **v.**          **)**

                 **)**

**JEROME JONES**        **)**

**_____)**         **ORDER**


Upon consideration of the Unopposed Motion to Late-File Defendant's Motion in

Opposition to the Government's Motion to Use Prior Convictions to Impeach Defendant, the

Court finds there to be good cause shown for counsel to be permitted to late-file Defendant's

motion, and it is this _____ day of _____, 2006, hereby

    **ORDERED** that counsel shall be permitted to file the Opposition Motion.


                           _____

                           ROYCE C. LAMBERTH
                           UNITED STATES DISTRICT JUDGE