IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.           )<br>)<br>JEROME JONES         )<br>_____ ) | Cr. No. 05-0441 (RCL) |

**ORDER**

Upon consideration of the Defendant's Opposition to the Government's Motion to Use Prior Convictions for Impeachment, it is this _____ day of _____ , 2006, hereby

**ORDERED** that the Government's motion is **DENIED** and that evidence of his prior convictions will be excluded from evidence at trial.

**SO ORDERED**.

_____
ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE