UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) |
|  | ) Criminal No. 05-441 (RCL) |
| JEROME JONES, | ) |
| Defendant. | ) |

## ORDER

Upon consideration of the Unopposed Motion [6] to Late-File Defendant's Motion in Opposition to the Government's Motion to Use Prior Convictions to Impeach Defendant, the Court finds there to be good cause for counsel to be permitted to late-file defendant's Motion. Accordingly, it is hereby

ORDERED that defendant's Unopposed Motion [6] is GRANTED.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, April 26, 2006.