UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 05-441 (RCL)** |
| | : | |
| **v.** | : | |
| | : | |
| **JEROME JONES,** | : | |
| **Defendant.** | : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Assistant United States Attorney Denise Clark, hereby informs the Court that she is entering her appearance in this matter on behalf of the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

_____
Denise M. Clark
Assistant United States Attorney
Federal Major Crimes, Bar No. 479149
555 4th Street, NW, Room 4840
Washington, DC 20530
(202) 353-8213