UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 05-441 (RCL) |
| | ) | |
| JEROME JONES, | ) | |
| | ) | |

**MOTION TO WITHDRAW AS COUNSEL**

  Rita Bosworth, Assistant Federal Public Defender, respectfully moves the Court for an Order granting leave to withdraw as counsel in this case and states in support thereof:

  1. On December 8, 2005, the government filed a one-count indictment charging Mr. Jones with Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year, in violation of 18 U.S.C. § 922(g)(1).

  2. Undersigned counsel entered her appearance on behalf of Mr. Jones on December 13, 2005.

  3. It has become increasingly clear throughout the course of undersigned counsel's representation of Mr. Jones that Mr. Jones is not satisfied with counsel's efforts on Mr. Jones's behalf. Indeed, Mr. Jones is convinced that undersigned counsel cannot and will not effectively represent him in this matter. Therefore, Mr. Jones has asked undersigned counsel to withdraw from the case.

  Moreover, after several meetings with Mr. Jones, undersigned counsel believes that the attorney-client relationship has deteriorated to the point where undersigned counsel can no longer assist Mr. Jones in this case. Given the seriousness of the charge pending against Mr. Jones, Mr.

Jones's belief that undersigned counsel cannot and will not effectively represent him, and undersigned counsel's belief that the attorney-client relationship is such that undersigned counsel cannot assist Mr. Jones, undersigned counsel joins in Mr. Jones's request that new counsel be appointed to represent Mr. Jones in this matter.

WHEREFORE, it is respectfully requested that Rita Bosworth, Assistant Federal Public Defender, be permitted to withdraw as Mr. Jones's counsel of record and that Mr. Jones be appointed new counsel from the CJA panel.

Respectfully submitted,

A. J. KRAMER
Federal Public Defender

/s/

RITA BOSWORTH
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, DC  20004
(202) 208-7500