IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)<br>JEROME JONES   )<br>_____) | Cr. No. 05-0441 (RCL) |

**ORDER**

Upon consideration of Ms. Bosworth's Motion to Withdraw as Counsel in the above captioned case, it is this _____ day of _____, 2006, hereby

**ORDERED** that Ms. Bosworth shall be permitted to withdraw as counsel of record in this case, and it is further

**ORDERED** that a new attorney will be appointed for Mr. Jones.

_____
ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE