UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | |
| ) | Crim. No. 05-441 (RCL) |
| **JEROME JONES,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**VERDICT FORM**

We, the jury, find the defendant in the above-captioned case, Jerome Jones,

NOT GUILTY_____          GUILTY_____

_____

FOREPERSON'S JURY NUMBER