UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

Jerome Jones

Criminal No. 05-441

**FILED**

AUG 1 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his/her right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

I consent:

_____
Assistant United States Attorney

**APPROVED:**

_____
Royce C. Lamberth
United States District Judge

Dated: 8/16/06