UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
AUG 1 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA   :   CRIMINAL NO. 05-441(RCL)
:
v   :
:
JEROME JONES   :

Let this be filed.
Royce C. Lamberth
U.S.D.J. 8/16/06

## FACTUAL PROFFER IN SUPPORT OF PLEA

Had this matter proceeded to trial, the Government was prepared to prove beyond a reasonable doubt that on October 15, 2005 at approximately 12:15 a.m., Metropolitan Police Department officers observed defendant Jerome Jones standing in the 1100 block of Talbert Street, Southeast, Washington, D.C. Officer Leroy Rollins approached defendant Jerome Jones. During their encounter, Officer Rollins learned that defendant Jones possessed a weapon. Ultimately, Officer Rollins recovered the Ruger 9 mm semi automatic pistol defendant Jones had in his possession. The pistol was loaded with 10 rounds of ammunition in the magazine and one round in the chamber.

On August 12, 1993, defendant had been previously convicted of felonies in the District of Columbia, in Superior Court criminal case numbers F 451-93 and F 2320-93. The gun and the

1

ammunition that were recovered in this case were not manufactured in the District of Columbia, and they were shipped to the District of Columbia through interstate commerce.

           Respectfully submitted,

           KENNETH L. WAINSTEIN
           United States Attorney

           DENISE M. CLARK
           Assistant United States Attorney
           D.C. Bar No. 479149
           Federal Major Crimes Section
           555 Fourth Street, N.W., Room 4840
           Washington, D.C. 20530
           202-353-8213

## DEFENDANT'S ACKNOWLEDGMENT

I have read this factual proffer and have discussed it with my attorney, Rita Bosworth, Esquire. I fully understand this factual proffer. I agree and acknowledge by my signature that this proffer of facts is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this factual proffer fully.

Date: 8/16/06

JEROME JONES
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this factual proffer, and have reviewed it with my client fully. I concur in my client's desire to adopt this factual proffer as true and accurate.

Date: 8-16-06

RITA BOSWORTH
Attorney for Defendant