**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | **:** | **CRIMINAL NO.  05-441 (RCL)** |
| | **:** | |
| **v.** | **:** | |
| | **:** | |
| **JEROME JONES,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The United States of America, by and through its attorney, the United States Attorney for the

District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant

United States Attorney Precious Murchison, at telephone number (202) 307-6080 and/or email

address Precious.Murchison@usdoj.gov  . Precious Murchison will substitute for Assistant United

States Attorney Denise Clark as counsel for the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney


_____
PRECIOUS MURCHISON
Assistant United States Attorney
Federal Major Crimes Section,
555 4th Street, NW,  Room 4840
Washington, DC 20530
(202) 307-6080
Precious.Murchison@usdoj.gov