## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA


**UNITED STATES OF AMERICA )**
                            **)**           **Cr. No. 05-441 (RCL)**
         **v.**                  **)**
                            **)**
**JEROME JONES**          **)**
                            **)**


### DEFENDANT'S MOTION TO CONTINUE SENTENCING


Jerome Jones, through undersigned counsel, hereby requests a continuance of his sentencing, and states in support the following:

1. On August 16, 2006, Mr. Jones pled guilty to one count of Unlawful Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1).

2. Mr. Jones is scheduled to be sentenced before this Court on Friday, January 26, at 9:30 a.m.

3. Mr. Jones is currently in trial in D.C. Superior Court. Though undersigned counsel anticipated that his trial would be completed by the time of his sentencing in District Court, as of the date and time of this filing, Mr. Jones's trial in Superior Court is still ongoing.

4. Because Mr. Jones has been in Superior Court all month, undersigned counsel has not had an opportunity to meet with Mr. Jones at the jail to review his case.

4. On January 23, 2007, undersigned counsel called Precious Murchison, government counsel in this case, to request an extension of time, but has not heard back from her.

5. In light of the fact that Mr. Jones is still in trial and has been unavailable to meet with undersigned counsel, he requests a 2-week continuance of his sentencing before this Court.

WHEREFORE Mr. Jones respectfully requests that the Court reschedule his sentencing

for a date that is at least two weeks from when it is presently scheduled.


Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER



_____/s/_____

RITA BOSWORTH
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C., 20004
(202) 208-7500