UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.  ) | **Criminal No. 05-441 (RCL)** |
| ) | |
| **JEROME H. JONES,**  ) | |
| _____ ) | |

**ORDER**

Upon consideration of defendant's Motion to Continue his sentencing, it is this _____ day of _____, 2007, hereby

**ORDERED** that the motion is **GRANTED** and that the sentencing is rescheduled for _____.

_____
HONORABLE ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE