HONORABLE ROYCE C. LAMBERTH, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
FEB - 7 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA : Docket No.: <u>05-CR-441</u>

vs. : SSN:

JONES, Jerome H. : Disclosure Date: <u>November 9, 2006</u>

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)
( )  There are no material/factual inaccuracies therein.
( )  There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____   _____
**Prosecuting Attorney**                                    **Date**

**For the Defendant**

(CHECK APPROPRIATE BOX)
( )  There are no material/factual inaccuracies therein.
(✓) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_Jerome Jones_  11-15-06    _Rita Bosworth_  11-15-06
**Defendant**        **Date**         **Defense Counsel**      **Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **November 23, 2006**, to U.S. Probation Officer **Elizabeth Suarez**, telephone number **(202) 565-1341**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By: Gennine A. Hagar, Acting Chief
    United States Probation Officer

**Receipt and Acknowledgment**                                           Page 2

PAGE 2: Mr. Jones does not have 2 birthdays. His birthday is August 15, 1974. Similarly, he does not have 2 social security numbers. His SSN is 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.

PAGE 10, ¶ 39: Ms. Erica Reed's name is spelled "REED", not "REID". The same goes for Gregory and Tracy Reed.

PAGE 11, ¶ 43: Mr. Jones has completed all subjects required for his diploma.

PAGE 11, ¶ 45: The statement that Mr. Jones "was unable to recall any details regarding this employment" is untrue, for he provided numerous details relating to his work at Concrete Protection Restoration, all of which are listed in the following paragraph (46).

Signed by: _Rita Bozutty_
(Defendant/Defense Attorney/AUSA)

Date: 11-16-06