## HONORABLE ROYCE C. LAMBERTH, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

**FEB - 7 2007**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | : | Docket No.: <u>05-CR-441</u> |
|---|---|---|
| vs. | : | SSN: _____ |
| JONES, Jerome H. | : | Disclosure Date: <u>November 9, 2006</u> |

### RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

#### For the Government

(CHECK APPROPRIATE BOX)
( )  There are no material/factual inaccuracies therein.
(✓)  There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____          __11/22/06_____
**Prosecuting Attorney**                                              **Date**

#### For the Defendant

(CHECK APPROPRIATE BOX)
( )  There are no material/factual inaccuracies therein.
( )  There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____  _____          _____  _____
**Defendant**          **Date**              **Defense Counsel**     **Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **November 23, 2006**, to U.S. Probation Officer **Elizabeth Suarez**, telephone number **(202) 565-1341**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:  Gennine A. Hagar, Acting Chief
     United States Probation Officer

**Receipt and Acknowledgment**                                      Page 2

According to my calculations under the 2006 Guidelines Manual, Defendant's criminal convictions result in a total criminal history score of 11, which establishes a criminal history category of V. Based on a total offense level of 22 and a criminal history category of V, the guideline range for imprisonment is 77 to 96 months.

U.S. Parole Commission Documents (included with this fax), indicate that Defendant was last released from Rivers Correctional Facility on September 21, 2005 after serving a sentence resulting from a parole violation in case numbers F-451-93 and F-2320-93. Based on this documentation and pursuant to the recency provision of § 4A1.2(k)(2)(A), an additional 2 points should be added to Defendant's criminal history score resulting in a total of 11 criminal history points and a criminal history category of V.

Accordingly, Defendant's PSI report should be adjusted to reflect that Defendant's criminal history score is 11, his criminal history category is V, and the guideline range for imprisonment is 77 to 96 months.

Signed by: _____
(Defendant/Defense Attorney/AUSA)

Date: 11/22/06