# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA                    :

                    vs.                         :    **Criminal No.  05-441-01 (RCL)**

JEROME JONES,                               :

              Defendant.              :

**FILED**

## NOTICE OF APPEAL

FEB 13 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**Name and address of appellant:**    Jerome Jones
                                          DC Detention Facility

**Name and address of appellant's attorney:**    Neil H. Jaffee, Assistant Federal Public Defender
                                              625 Indiana Ave., NW, Suite 550
                                              Washington, DC 20004

**Offense: 18 USC 922(g)(1) & 924 (a): Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year**

Concise statement of judgment or order, giving date, and any sentence:

    02/07/07: 85 months incarceration; 3 yrs. supervised release; $100 special assessment

Name of institution where now confined, if not on bail:    DC Detention Facility

I, the above-named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia from the above-stated judgment.

| | |
|---|---|
| 02/12/07 | Jerome Jones |
| **DATE** | **APPELLANT** |

CJA, NO FEE_____X_____
PAID USDC FEE_____
PAID USCA FEE_____

                                      **ATTORNEY FOR APPELLANT**

Does counsel wish to appeal on appeal? Yes
Has counsel ordered transcripts? No
Is this appeal pursuant to the 1984 Sentencing Reform Act? Yes